

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2018

No. 04-18-00060-CV

**IN RE ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

On February 2, 2018, relator filed a petition for writ of mandamus. The real party in interest and respondent declined to file a response. After reviewing the petition, we conclude relator is entitled to the relief requested. Accordingly, the writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable David J. Rodriguez is ORDERED to, within fifteen days, amend in a manner consistent with this court's opinion his ruling in decretal paragraphs 2A and 13A of the January 19, 2018 "Order on Plaintiff's Motion to Compel." The writ of mandamus will issue only if we are notified that Judge Rodriguez has not complied within fifteen days from the date of this order.

It is so **ORDERED** on April 4, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of April, 2018.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CV04875, styled *Brian A. Jones v. Allstate Insurance Company*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding.